**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**TAVARUS BOONE**                                                                         **PLAINTIFF**

**v.**                                                             **No. 1:24CV46-RP**

**SGT. GROOMS**                                                        **DEFENDANT**

**ORDER *DENYING* PLAINTIFF'S MOTION [8] TO REPRIMAND
LEE COUNTY JAIL GUARD SGT. GROOMS**

This matter comes before the court on the motion [8] by the plaintiff for the court to reprimand Sgt. Grooms, guard at the Lee County Jail. As the court does not have the authority to reprimand state or county actors, the instant motion [8] is **DENIED**.

**SO ORDERED**, this, the 27th day of January, 2025.

                                                                           /s/ Roy Percy
                                                                           UNITED STATES MAGISTRATE JUDGE